IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD M. RODENBURG,** | ) | **CASE NO. 8:07CV485** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **QWEST INFORMATION** | ) | |
| **TECHNOLOGIES, INC. and QWEST** | ) | |
| **COMMUNICATIONS CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal with Prejudice (Filing No. 19) is approved;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 1st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge